### LARABEE V. LARABEE

A devise to a man and the male heir of his body — will enable his sons to take in the same manner and proportion. as by law they would inherit their father's estate.

ACTION for the partition of a certain tract of land; declaring, that they held in such manner and proportion, as that the plaintiff had right to have aparted and set out to him one-third of said tract, and the defendant two-thirds of said tract.

Plea — That the plaintiff and defendant did not hold in manner and proportion as set forth in the declaration. Issue to the court.

The plaintiff produced the will of Nathaniel Larabee, dated the 31st of March, A. D. 1738, proved and approved June the 8th, A. D. 1741, which was in the words following, viz. " I give to my wife Sarah, the whole of my estate during her natural life, the paying my debts, and after her decease, I give the same to my kinsman James Larabee, and to the male heir of his body lawfully begotten in fee-tail, viz. to the male heir of my said kinsman James Larabee, by succession, from generation to generation forever "— the said Nathaniel was seized at the date of the will, and at the time of his death. The wife survived the testator forty years; she also survived said James Larabee, several years, and died; that said James had two sons only, the plaintiff and defendant. Upon the death of the wife said Sarah, the defendant went into possession of the whole, and had remained in ever since. The defendant demurred to the evidence, and the plaintiff joined the demurrer.

Judgment — That the evidence is sufficient; and that the plaintiff and defendant do hold in manner and proportion as set forth in the plaintiff's declaration, etc.

An heir, is whoever by the laws of a country, hath right

to inherit or succeed to an estate immediately upon the death of the owner; and is different as the law varies in different countries.   In England, the eldest son succeeds to the real estate of his parent, etc.— he is the heir:   In case there is no son, then all the daughters succeed to his estate as co-parceners — they are the heir.   In Connecticut, all the children both sons and daughters, succeed to the estate in equal shares, except the eldest son, who hath a double share.   Here, therefore, all the children constitute the heir.   The words in the will, " To my kinsman James Larabee, and the male heir of his body "— designates the person or persons to take of the male line, lawfully begotten of his body to be the same, that by law had right to inherit or succeed to the estate of his said kinsman James — in exclusion of the females.   This necessarily includes all the sons of his said kinsman — and as they are to take as heir, that is, in manner and proportion as his kinsman's heirs would take his estate; and that is two parts to the eldest son, and one part to the youngest.

James Larabee's dying before the widow of Nathaniel, to whom the estate was given for life, hath no effect to prevent the estate's passing to the male heir of James — for James had only a life estate, and that upon condition he survived the widow — his male heirs took by force of the will, as immediate devisees of the estate, after the lives of the widow and said James were spent; and whenever that event took place the estate vested.